Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| ÁNGEL L. MARTÍNEZ REYES<br><br>Peticionario<br><br>v.<br><br>DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN<br><br>Recurrido | KLEM202400003 | *Escrito Misceláneo*<br><br><br>Sobre: Concesión de privilegio Expediente de salud número: 054342 |
| --- | --- | --- |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Marrero Guerrero y el Juez Campos Pérez.

Rodríguez Casillas, juez ponente.

**SENTENCIA**

En San Juan, Puerto Rico, a 21 de agosto de 2024.

Examinado el recurso presentado, procedemos a desestimarlo por falta de jurisdicción.

**-I-**

El 23 de julio de 2024 el señor *Ángel L. Martínez Reyes* (en adelante, peticionario), acude ante nos por *derecho propio* mediante un escrito intitulado: *Moción de las [sic] Confirmación por el Anteproyecto de las [sic] Ley 27 y la Ley 47 del 2014. Para Personal Mayor de Edad Avanzada que esta [sic] Confinamiento en una Institución Penar [sic] de Puerto Rico*.

Al examinar dicho escrito, notamos que no hace constar hechos que precisen su petición. Tampoco hace señalamiento de error ni argumentación en derecho. Parece que desea revisar su sentencia de cárcel, pero no incluye ninguna Resolución u Orden del Tribunal de Primera Instancia o de algún foro administrativo que

Número Identificador
RES2024 _____

podamos revisar. Todavía más, no tiene apéndice ni copia de documento alguno revisado o emitido por ningún foro adjudicador.

En síntesis, el peticionario no ofrece datos ni documentos que nos permitan determinar una controversia real que podamos adjudicar. Por lo cual carecemos de información indispensable para determinar nuestra jurisdicción.

**-II-**

La Regla 83(C) del Reglamento del Tribunal de Apelaciones autoriza a este Tribunal de Apelaciones a desestimar cualquier recurso en los que no tenga jurisdicción.[1] Además, es fundamental señalar que constituye doctrina reiterada el que los tribunales debemos ser *celosos guardianes de nuestra jurisdicción, estando obligados a considerar dicho asunto por iniciativa propia y aun cuando no haya sido planteado,*[2] ***y a no intervenir en controversias inexistentes.***

**-III-**

Nos encontramos ante un recurso que, a todas luces, **no es justiciable.** El peticionario no menciona ni ha provisto una Sentencia, Resolución u Orden de clase alguna que nos coloque en posición de atender su recurso, y en consecuencia, determinar nuestra jurisdicción. Por tal razón, estamos impedidos de intervenir.

**-IV-**

Por los fundamentos antes expresados, se desestima el presente recurso por falta de jurisdicción.

Lo acuerda el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Reglamento del Tribunal de Apelaciones, 4 L.P.R.A. Ap. XXII-B, R. 83(C).
[2] *Sánchez et al. v. Srio. de Justicia et al.*, 157 D.P.R. 360, 369 (2002). Énfasis nuestro.